## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER ZYNDA, AMANDA BALMA, KEVIN GRIFKA, BRIAN SAYLOR, NANCY WESSINGER, JORDAN MILLER, MICHELLE WITT, individual Plaintiffs, and MAURICE & JANE SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE, INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), institutional Plaintiffs<br><br>    Plaintiffs,<br><br>v.<br><br>STEVE ARWOOD, in his official capacity as Acting Director of the Michigan Talent Investment Agency, and SHARON MOFFETT-MASSEY, in her official capacity as Director of the Unemployment Insurance Agency,<br><br>    Defendants. | Case No. 2:15-cv-11449<br><br>Hon. Judge Cleland<br><br><br><br>**STIPULATED ORDER FOR PRELIMINARY INJUNCTIVE RELIEF** |

| | |
|---|---|
| David M. Blanchard (P67190)<br>Daniel C. Tai (P76798)<br>BLANCHARD & WALKER, PLLC<br>Attorneys for Plaintiffs<br>221 N. Main Street, Ste. 300<br>Ann Arbor, MI 48104<br>(734) 929-4313<br>blanchard@bwlawonline.com | Ava Barbour (P70881)<br>Edward A. Macey (P72939)<br>Associate General Counsel<br>International Union, UAW<br>Attorneys for UAW only<br>8000 East Jefferson Avenue<br>Detroit, MI 48214<br>(313) 926-5216 |

## **STIPULATED ORDER ENJOINING COLLECTION ACTIVITY**

WHEREAS, Plaintiffs have filed the instant action On April 21, 2015, challenging the Michigan Unemployment Insurance Agency's practices relating to the detection and issuance of fraud determinations;

WHEREAS this matter is presently before the court on Plaintiffs' Motion for a Preliminary Injunction Staying Collection Activity;

WHEREAS the parties stipulate to resolution of the pending motion by this Order; and

WHEREAS collection activities by the Agency have included: wage garnishment, federal and state tax return garnishment, invoices, bills or payment plans imposed by the Agency; and

By Consent and stipulation of the parties, it is HEREBY ORDERED that during the pendency of this action, Defendants, their successors, agents, and employees shall suspend all collection activity against unemployment insurance agency claimants who have been subject to fraud (re)determinations (and associated underlying (re)determinations) issued by the Agency beginning October 1, 2013 to August 7, 2015, unless and until individually reviewed by agency staff and affirmed with new notice to claimant.[1]

---

[1] This does not include cases already affirmed through prior staff review.

IT IS FURTHER ORDERED that Defendants shall take all necessary actions to implement this ORDER as soon as practicable but in no case later than 45 days after entry of this order.

IT IS SO ORDERED.

Dated: January 11, 2017            s/Robert H. Cleland
                                   ROBERT H. CLELAND
                                   UNITED STATES DISTRICT COURT

## **STIPULATION**

The parties, by and through their respective attorneys, stipulate to the entry of this order.

Respectfully submitted,                    Dated: January 6, 2016


/s/ David M. Blanchard                     /s/ "with consent of" Kimberly K. Pendrick
David M. Blanchard (P67190)                Kimberly K. Pendrick (P60348)
Daniel C. Tai (P76798)                     Assistant Attorney General
BLANCHARD & WALKER, PLLC                   Attorney for Defendants
Attorneys for Plaintiffs                   Labor Division
221 N. Main Street, Ste. 300               3030 W. Grand Blvd., Ste. 9-600
Ann Arbor, MI 48104                        Detroit, MI 48202
(734) 929-4313                             313-456-2200
blanchard@bwlawonline.com                  pendrickk@michgan.gov

Ava Barbour (P70881)
Edward A. Macey (P72939)
Associate General Counsel
International Union, UAW
Attorneys for UAW only
8000 East Jefferson Avenue
Detroit, MI 48214
(313) 926-5216

2